UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZIONS FIRST NATIONAL BANK,

    Plaintiff,

v.

BONNIE L. SAYLOR f/k/a
BONNIE L. TAYLOR, and
JERRY L. SAYLOR,

    Defendants.

_____/

File No. 1:11-cv-1189

HON. ROBERT HOLMES BELL

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Plaintiff's motion for appointment of a receiver for the real and personal property located at 1199 M-75 S., Boyne City, Michigan 49712, and for a preliminary injunction enjoining Defendants from operating, managing, entering, or interfering with receivership of said property.  (Dkt. No. 5.)  The Court will grant Plaintiff's request for expedited consideration on this matter.  However, no preliminary injunction can be issued without notice to the adverse party.  Fed. R. Civ. P. 65(a)(1).  Accordingly,

**IT IS HEREBY ORDERED** that a **HEARING** on Plaintiff's motion shall be held on November 29, 2011, at 4:00 p.m., in Courtroom 601, Ford Federal Building, 110 Michigan Ave. N.W., Grand Rapids, MI 49503, at which time Defendants shall **SHOW CAUSE**, if any, why Plaintiff's motion for a preliminary injunction and appointment of receiver should not be granted.

**IT IS FURTHER ORDERED** that Plaintiff shall serve Defendants with a copy of this order, along with a copy of the summons and complaint, no later than Friday, November 18, 2011.

Dated: November 9, 2011                             /s/ Robert Holmes Bell
                                                                    ROBERT HOLMES BELL
                                                                    UNITED STATES DISTRICT JUDGE